Nicholas Budalich, Appellant, *v.* Baltimore and Ohio Railroad Company, Defendant, and Staten Island Rapid Transit Railway Company, Respondent.

Argued October 19, 1937; decided October 22, 1937.

*Joseph P. Walsh* for appellant.

*Harold R. Oakes* and *Robert Schwebel* for respondent.

Appeal withdrawn upon payment of costs in this court. No opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.